950 A.2d 270

**In re S.D.T., JR., A Minor.**

**Petition of Dauphin County Social Services for Children and Youth.**

Supreme Court of Pennsylvania.

June 5, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of June 2008, the Petition for Allowance of Appeal is DENIED. The Petition for Expedited Review is DENIED as moot.